**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

SCOTT ALAN LOONEY,            :   No. 326 WAL 2021

           Petitioner         :

           :   Petition for Allowance of Appeal
           :   from the Order of the
       v.             :   Commonwealth Court
           :
           :

PENNSYLVANIA PAROLE BOARD,   :
           :
           Respondent     :

## ORDER

**PER CURIAM**

       **AND NOW**, this 29th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.